# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO HERNANDEZ, | |
| Plaintiff, | Case No. 2:11-cv-01073-LDG-GWF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 8, 2012, required the parties to file a Joint Status Report regarding removed action no later than June 10, 2012. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **June 25, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3       DATED this 14th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge