**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO HERNANDEZ, )<br>　　　　　　Plaintiff, )<br>vs. )<br>LAS VEGAS METROPOLITAN POLICE )<br>DEPARTMENT, )<br>　　　　　　Defendant. ) | Case No.  2:11-cv-01073-LDG-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated May 8, 2012, required the parties to file a Joint Status Report regarding removed action no later than June 10, 2012. To date the parties have not complied. Accordingly,

　　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **June 25, 2012,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 14th day of June, 2012.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge