# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO HERNANDEZ,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:11-cv-01073-LDG (GWH)

**ORDER**

For the reasons stated in Defendant's Motion for Summary Judgment,

THE COURT **ORDERS** that Defendant's Motion for Summary Judgment (#17) is GRANTED.

DATED this 27 day of March, 2013.

_____
Lloyd D. George
United States District Judge