# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO HERNANDEZ,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:11-cv-01073-LDG (GWH)

**SUMMARY JUDGMENT**

    This matter having come before the Court on Defendant's Motion for Summary Judgment, the Court having GRANTED that motion, therefore,

    THE COURT **ORDERS** and **ADJUDGES** that Plaintiff Francisco Hernandez take nothing, that this matter is DISMISSED on the merits, and that Defendant Las Vegas Metropolitan Police Department recover its costs from Plaintiff Francisco Hernandez.

DATED this 27 day of March, 2013.

_____
Lloyd D. George
United States District Judge